UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

THOMAS EDWARDS,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security Administration,

    Defendant.

Case No. C08-5730BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation of the Honorable Karen L. Strombom, United States Magistrate Judge. Dkt. 17.

The Court having considered the Report and Recommendation, Defendant's failure to file objections, and the remaining record, does hereby find and order:

(1)    The Court adopts the Report and Recommendation; and

(2)    The Administrative Law Judge's decision that Plaintiff is not disabled is **REVERSED**, and this matter is **REMANDED** to the Commissioner for further administrative proceedings in accordance with the Report and Recommendation.

DATED this 31st day of August, 2009.

                                        BENJAMIN H. SETTLE
                                      United States District Judge

ORDER