AO 450 (Rev. 5/85) Judgment in a Civil Case  ⊕

# United States District Court

WESTERN DISTRICT OF WASHINGTON

THOMAS EDWARDS,

    PLAINTIFF,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security
Administration,
    DEFENDANT,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C08-5730BHS

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

(1) The Court adopts the Report and Recommendation,

(2) The Administrative Law Judge's decision that Plaintiff is not disabled is **REVERSED**, and this matter is **REMANDED** to the Commissioner for further administrative proceedings in accordance with the Report and Recommendation.

September 1, 2009

BRUCE RIFKIN
Clerk

/s/ Pat LeFrois

Deputy Clerk